**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WAYNE JOHANSSON**,<br><br>      Plaintiff,<br><br>      v.<br><br>**CENTRAL PROPERTIES, LLC** *et al.*,<br><br>      Defendants. | Case No. 17-cv-1656 (CRC) |

### ORDER

The Court stayed this matter pending the outcome of arbitration on August 29, 2018. It appearing that Plaintiff has not commenced arbitration proceedings since that time, the Court will lift the stay and dismiss with prejudice all of Plaintiff's claims.

**SO ORDERED**.

CHRISTOPHER R. COOPER<br>
United States District Judge

Date:  November 27, 2018